UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK BRYAN RUSSELL, JR., <br><br> Plaintiff, <br><br> v. <br><br> SONNY PEREZ, <br> Defendant. | Case No. 1:14-cv-00487-EPG (PC) <br><br> ORDER DISMISSING CASE WITHOUT PREJUDICE AND DIRECTING CLERK OF COURT TO CLOSE CASE <br> (ECF NO. 16) |

Plaintiff, Roderick Bryan Russell, Jr., is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 7, 2014. (ECF No. 1). This action now proceeds on the First Amended Complaint filed on February 17, 2015, against defendant Sonny Perez on claims for excessive force in violation of the Eighth Amendment and retaliation in violation of the First Amendment. (ECF Nos. 8 & 12).

On May 3, 2016, the Court issued an order directing the United States Marshals Service ("the Marshal") to serve process upon defendant Sonny Perez. (ECF No. 14). On September 16, 2016, the Marshal filed a return of service unexecuted. (ECF No. 15). The Marshal indicated that the California Department of Corrections and Rehabilitation informed the Marshal that defendant Sonny Perez retired and did not leave a forwarding address. (Id.).

Accordingly, the Court issued an order to show cause. (ECF No. 16). The order gave Plaintiff a thirty day deadline to show cause why the case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure Rule 4(m). Plaintiff was warned that if he was unable to provide the Marshal with additional information that would allow the Marshal to locate the defendant, the case would be dismissed without prejudice. Plaintiff failed to respond within the deadline.

Plaintiff has failed to follow a Court order to show cause or to provide any information to proceed with service. Additionally, this case cannot proceed on the current information available. It does not appear that Plaintiff has a location for the defendant in order to serve the complaint, CDCR does not appear to have information to locate the defendant, and the Court cannot order the Marshal to serve the defendant because Plaintiff did not provide any additional information.

Accordingly, IT IS ORDERED that this case is DISMISSED, WITHOUT PREJUDICE. IT IS FURTHER ORDERED that the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **November 8, 2016**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE